UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-1037-CAS<br>BK No. 9:11-BK-11371<br>Adversary No. 9:11-AP-1297-RR | Date | July 24, 2013 |
|---|---|---|---|
| Title | *IN RE: MARGARITA RIOS* | | |

| Present: The Honorable | Christina A. Snyder, United States District Court Judge |
|---|---|

| Catherine M. Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - ORDER TO SHOW

**IT IS HEREBY ORDERED** that **APPELLEE** show cause in writing not later than **August 8, 2013** why this action should not be dismissed for lack of prosecution.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Appellee is advised that the Court will consider the following:

**1)**    Appellee's Brief

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | CMJ |